# UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF LOUISIANA

# SHREVEPORT DIVISION

| | |
|---|---|
| JIM F. BLACKWELL | CIVIL ACTION NO. 06-1233-P |
| VERSUS | JUDGE WALTER |
| STEVE PRATOR, ET AL. | MAGISTRATE JUDGE HORNSBY |

# MEMORANDUM ORDER

Before the Court is a civil rights complaint filed in forma pauperis ("IFP") by pro se plaintiff Jim F. Blackwell ("Plaintiff"), pursuant to 42 U.S.C. § 1983. This complaint was received and filed in this Court on July 20, 2006. Plaintiff is detained at the Caddo Correctional Center in Shreveport, Louisiana. He claims he is being denied medical treatment by prison officials. He names Steve Prator, Robert Wyche and the Caddo Correctional Center as defendants.

On April 22, 2005, in civil action number 03-2038, the Court ordered that Plaintiff's in forma pauperis status be denied for all future cases. [Doc. 63].

Accordingly;

**IT IS ORDERED** that the Memorandum Order [Doc.8] granting Plaintiff IFP status is hereby **VACATED**.

**IT IS FURTHER ORDERED** that Plaintiff pay the $350.00 filing fee within twenty (20) days from the date of this Order. Failure to pay the filing fee will result in a

recommendation by the undersigned that this action be dismissed without prejudice.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 19th day of September, 2006.

MARK L. HORNSBY
UNITED STATES MAGISTRATE JUDGE