RECEIVED
WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
SHREVEPORT, LOUISIANA
DATE 12-21-06 By CKD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| JIM F. BLACKWELL | CIVIL ACTION NO. 06-1233 |
| versus | JUDGE WALTER |
| STEVE PRATOR, ET AL. | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that this civil action is **dismissed without prejudice** for failure to pay the filing fee.

**IT IS FURTHER ORDERED** that the Clerk of Court refund to Plaintiff any funds that jail officials deliver to the Clerk pursuant to the IFP order that was revoked.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 27th day of November, 2006.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE